IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>  v.<br><br>SCOTT P. MARTIN<br>3134 Abell Avenue<br>Baltimore, Maryland 21218,<br><br>    Respondent. | Case No.: _____ |

**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service (the "Service"), by and through undersigned counsel, avers to the Court as follows:

1. This is a proceeding brought pursuant to the provisions of 26 U.S.C. §§ 7402(b) and 7604(a) to judicially enforce an Internal Revenue Service summons.

2. David Hale is a Revenue Officer of the Internal Revenue Service, employed in the Small Business/Self-Employed Division Central Compliance Area, and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602 and 26 C.F.R. § 301.7602-1.

3. The respondent, Scott P. Martin, resides or is found at 3134 Abell Avenue, Baltimore, Maryland 21218, within the jurisdiction of this Court.

4. Revenue Officer Hale is conducting an investigation into the tax liability of Scott P. Martin for Forms 1040 for the calendar years ending December 31, 2014, December 31, 2015, and December 31, 2016. Decl. of Revenue Officer Hale ¶ 2, attached as Ex. 1.

5. The respondent, Scott P. Martin, is in possession and control of testimony and other documents concerning the above-described investigation.

6. On May 23, 2024, an Internal Revenue Service summons was issued by Revenue Officer Hale directing the respondent, Scott P. Martin, to appear before Revenue Officer Hale on June 25, 2024, at 31 Hopkins Plaza, Room 950, Group 13, Baltimore, Maryland 21201-2825, to testify and produce books, records, and other data described in the summons. Hale Decl. ¶ 3, Ex. 1; Summons, attached as Ex. 2. An attested copy of the summons was left at the last and usual place of abode of the respondent, Scott P. Martin, by Revenue Officer Timothy Plotner on May 23, 2024. Hale Decl. ¶ 4, Ex. 1; Summons, Ex. 2.

7. On June 25, 2024, the respondent, Scott P. Martin, did not appear in response to the summons. Hale Decl. ¶ 6.

8. On or about July 5, 2024, the Internal Revenue Service sent the respondent, Scott P. Martin, a "last chance letter." Letter, attached as Ex 3. The "last chance letter" directed the respondent, Scott P. Martin, that, to avoid legal proceedings for failing to comply with the summons, he should appear before Revenue Officer Hale on July 25, 2024, at 31 Hopkins Plaza, Room 950, Group 13, Baltimore, Maryland 21201-2825, to testify and produce books, records, and other data described in the summons. *Id.*

9. On July 25, 2024, the respondent, Scott P. Martin, did not appear in response to the "last chance letter." Hale Decl. ¶ 6, Ex 1.

10. The respondent's refusal to comply with the summons continues to this date. Hale Decl. ¶ 6, Ex. 1.

11. The books, papers, records, or other data sought by the summons are not already in possession of the Internal Revenue Service. Hale Decl. ¶ 7, Ex. 1.

12. All administrative steps required by the Internal Revenue Service for the issuance of a summons have been taken. Hale Decl. ¶ 8, Ex. 1.

13. It is necessary to obtain the testimony and examine the books, papers, records, or other data sought by the summons in order to properly investigate the Federal tax liability of the respondent, Scott P. Martin, for Forms 1040 for the calendar years ending December 31, 2014, December 31, 2015, and December 31, 2016, as is evidenced by the declaration of Revenue Officer Hale, which is attached as Exhibit 1 and incorporated herein by reference.

WHEREFORE, the petitioner respectfully prays:

A. That this Court enter an order directing the respondent, Scott P. Martin, to show cause, if any, why respondent should not comply with and obey the aforementioned summons and each and every requirement thereof.

B. That the Court enter an order directing the respondent, Scott P. Martin, to obey the aforementioned summons and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Officer Hale or any other proper officer or employee of the Internal Revenue Service at such time and place as may be fixed by Revenue Officer Hale, or any other proper officer or employee of the Internal Revenue Service.

C. That the United States recover its costs in maintaining this action.

D. That the Court grant such other and further relief as is just and proper.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: */s/ Kelly M. Marzullo*
Kelly M. Marzullo (Bar No. 28036)
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4956 (direct)
(410) 962-2310 (fax)
kelly.marzullo@usdoj.gov